# United States District Court
# For The Western District of North Carolina
# Asheville Division

Randall H. Ballard,

    Plaintiff(s),                               JUDGMENT IN A CIVIL CASE

vs.                                                  1:11cv63

Sandra Thomas,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/30/11 Order.

                                            Signed: August 30, 2011

                                            _____
                                            Frank G. Johns, Clerk
                                            United States District Court